UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
CEFERINO ANORA, JR.,   :
      Plaintiff,   :
       :   19-cv-11732 (LJL)
-v-   :
       :   <u>ORDER</u>
OASIS PROFESSIONAL MANAGEMENT GROUP,   :
LTD., ET AL.,   :
       :
      Defendants.   :
       :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of *pro se* Plaintiff's letter requesting an extension of time to serve Defendants. The request is GRANTED. Plaintiff shall serve Defendants no later than July 24, 2020.

      Plaintiff is encouraged to visit https://nysd.uscourts.gov/hon-lewis-j-liman, which advises litigants of the Court's Individual Practices in Civil Cases as well as Emergency Individual Rules and Practices in Light of COVID-19. As explained in Paragraph 6(E) of the latter document, parties proceeding *pro se* during the public health crisis are encouraged to submit all filings by email to: Temporary_Pro_Se_Filing@nysd.uscourts.gov.

      Plaintiff is further advised that the NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. Information about that clinic is available at https://www.nysd.uscourts.gov/attorney/legal-assistance.

      Chambers will mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: May 22, 2020
      New York, New York                             LEWIS J. LIMAN
                                                United States District Judge