UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CEFERINO ANORA, JR.,

                Plaintiff,           ORDER

            -against-           19-CV-11732 (LJL)(KNF)

OASIS PROFESSIONAL MANAGEMENT GROUP,
LTD., MARISSA BECK, RAMON AVENA,

                Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference will be held with the parties on September 16, 2020, at 11:30 a.m.

The parties shall use call-in number (888) 557-8511 and access code 4862532. **The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York           SO ORDERED:
         September 9, 2020

                                                                _____
                                                                KEVIN NATHANIEL FOX
                                                                UNITED STATES MAGISTRATE JUDGE