UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CEFERINO ANORA, JR.,                           :
                                               :
                    Plaintiff,                 :         ORDER
                                               :
        -against-                              :         19-CV-11732 (LJL)(KNF)
                                               :
OASIS PROFESSIONAL MANAGEMENT GROUP,           :
LTD., MARISSA BECK, RAMON AVENA,               :
                                               :
                    Defendants.                :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Plaintiff Ceferino Anora, Jr. requested, during the July 16, 2020 telephone conference with the Court, that the time for him to effect service of the summons and complaint on defendant Ramon Avena be enlarged. <u>See</u> Docket Entry No. 12. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the request was granted during the conference and the plaintiff was directed to effect service on Ramon Avena on or before August 17, 2020. This writing memorializes the oral directive given to the plaintiff during the July 16, 2020 conference.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                     SO ORDERED:
        September 16, 2020

                                                                                   _/s/ Kevin Nathaniel Fox_
                                                                    KEVIN NATHANIEL FOX
                                                                    UNITED STATES MAGISTRATE JUDGE