UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CEFERINO ANORA, JR.,                                                   :
                                                                        :
                Plaintiff,                  :      ORDER
                                                                        :
                -against-                   :      19-CV-11732 (LJL)(KNF)
                                                                        :
OASIS PROFESSIONAL MANAGEMENT GROUP,      :
LTD., MARISSA BECK, RAMON AVENA,                      :
                                                                        :
                Defendants.                 :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the defendants and plaintiff pro se on July 16, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before January 15, 2021;

2. the last date on which to amend pleadings will be September 16, 2020;

3. the last date on which to join additional parties will be September 16, 2020;

4. a telephonic status conference will be held with the parties on December 15, 2020, at 10:00 a.m.  The parties shall use dial in (888) 557-8511 and enter access code 4862532;

5. any dispositive motion shall be served and filed on or before February 15, 2021;

6. the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

7. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before February 15, 2021. That document must conform to the requirements for such an order that found in the Individual Rules of Practice of the assigned district judge.

The Court encourages any *pro se* party, who is not currently incarcerated, to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. and to consent to receive service of any documents filed in this case electronically through the Court's Electronic Case Filing System by filling out the consent to electronic service form on the Court's website. Doing so will allow the *pro se* party to file documents electronically on ECF instead of having to mail any filings to the Pro Se Office. Pro se parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan *(500 Pearl Street)* and White Plains *(300 Quarropas Street)*. For more information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York
September 16, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE