UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CEFERINO ANORA, JR.,                           :
                                               :
                 Plaintiff,    :           ORDER
                                               :
       -against-                              :           19-CV-11732 (LJL)(KNF)
                                               :
OASIS PROFESSIONAL MANAGEMENT GROUP,           :
LTD., MARISSA BECK, RAMON AVENA,               :
                                               :
                Defendants.    :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The telephone conference scheduled for December 15, 2020 at 10:00 a.m. will be held at 5:30 p.m. on the same date. The parties shall use call-in number (888) 557-8511 and access code 4862532.

Dated:  New York, New York                     SO ORDERED:
        November 5, 2020

                                                                                *Kevin Nathaniel Fox*
                                                                               KEVIN NATHANIEL FOX
                                                                               UNITED STATES MAGISTRATE JUDGE