UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CEFERINO ANORA, JR., :
:
        Plaintiff, :
: ORDER
    -against- :
: 19-CV-11732 (LJL)(KNF)
OASIS PROFESSIONAL MANAGEMENT GROUP, :
MARISSA BECK, and RAMON AVENA, :
:
        Defendants. :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on September 14, 2021, at 4:45 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York         SO ORDERED:
       September 7, 2021

                                                      *Kevin Nathaniel Fox*
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE