UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CEFERINO ANORA, JR.,

               Plaintiff,

    -against-

OASIS PROFESSIONAL MANAGEMENT GROUP,
MARISSA BECK, and RAMON AVENA,

              Defendants.
------------------------------------------------------------------X

ORDER

19-CV-11732 (LJL)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Counsel to defendant Oasis Professional Management Group failed to participated in the telephonic status conference scheduled for September 14, 2021; therefore, the conference did not go forward. The conference is hereby rescheduled to September 28, 2021, at 4:00 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York
          September 20, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE