UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CEFERINO ANORA, JR.,

                Plaintiff,                             ORDER

            -against-                         19-CV-11732 (LJL)(KNF)

OASIS PROFESSIONAL MANAGEMENT GROUP,
LTD., MARISSA BECK,

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A conference was held with counsel to the respective parties on September 28, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before November 30, 2021;

2. any dispositive motion shall be served and filed on or before December 30, 2021;

3. the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

4. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before December 30, 2021. That document must conform to the requirements for such an order that found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
       September 28, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE