UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CEFERINO ANORA, JR.,

                       Plaintiff,                            **ORDER**

    -against-

                                                        **19-cv-11732 (JHR) (JW)**

OASIS PROFESSIONAL MANAGEMENT
GROUP, LTD., et al.,
                       Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 79. As trial is scheduled for June 12, 2023, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by the close of business on **June 5, 2023** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates **in the month of May**. The conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's [Standing Order for All Cases Referred for Settlement](#).

      SO ORDERED.

DATED:    New York, New York
               May 3, 2023

                                                                *Jennifer E. Willis*
                                                                 JENNIFER E. WILLIS
                                                                 United States Magistrate Judge